# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANGELA YETTER and )<br>(2) MARK BLAKELY )<br>)<br>    Plaintiffs, )<br>)<br>v.    )<br>)<br>(1) FARMERS INSURANCE COMPANY, )<br>INC., a Foreign For Profit Insurance )<br>Corporation )<br>)<br>    Defendant. ) | Case No.: CIV-14-00110-C |

## NOTICE TO TAKE VIDEO DEPOSITION

TO:   Angela Yetter
      c/o Timothy B. Hummel
      Hummel Law Office
      500 West Main Street, Suite 102
      Oklahoma City, OK 73102

TAKE NOTICE that the video deposition of Angela Yetter shall be taken on the 7th day of October, 2014, at 9:30 a.m., at the offices of Professional Reporters, 511 Couch Drive, Suite 100, Oklahoma City, Oklahoma.

Said video deposition, when so taken and returned according to law, may be used as evidence in the trial of this cause.

GIVENS LAW FIRM


BY:   /s Sheila R. Benson
      Greg D. Givens, OBA No. 10310
      Sheila R. Benson, OBA No. 19050
      136 N.W. 10th Street, Suite 100
      Oklahoma City, OK  73103
      Telephone:   (405) 604-6880
      Facsimile:   (405) 604-6998
      Email:       ggivens@givenslaw.net
                   sbenson@givenslaw.net
      *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 26th day of September, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Timothy B. Hummel
Hummel Law Office
*Attorney for Plaintiffs*

                   /s Sheila R. Benson