# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANGELA YETTER and <br> (2) MARK BLAKELY <br><br> Plaintiffs, <br><br> v. <br><br> (1) FARMERS INSURANCE <br> COMPANY, INC., a Foreign For <br> Profit Insurance Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: CIV-14-00110-C <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Angela Yetter and Mark Blakely and Defendant, Farmers Insurance Company, Inc. and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter.  Further, Plaintiffs, Angela Yetter and Mark Blakely and their attorney, Timothy Hummel and Defendant, Farmers Insurance Company, Inc. and its attorneys stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs, Angela Yetter and Mark Blakely and Defendant, Farmers Insurance Company, Inc. respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 22nd day of April, 2015.

BY: /s Timothy Hummel
*I certify that I have signed this document with the express permission of Plaintiff's counsel)
    Timothy B. Hummel, OBA No. 16511
    500 W. Main Street, Suite 102
    Oklahoma City, Oklahoma 73102
    Telephone:   (405) 319-0300
    Facsimile:    (405) 319-0350
    E-mail:       tim@hummellawoffice.com
    *Attorney for Plaintiffs*


BY: /s Sheila R. Benson
    Greg D. Givens, OBA No. 10310
    Sheila R. Benson, OBA No. 19050
    GIVENS LAW FIRM
    136 N.W. 10th Street, Suite 100
    Oklahoma City, OK  73103
    Telephone:   (405) 604-6880
    Facsimile:    (405) 604-6998
    Email:        sbenson@givenslaw.net
    *Attorneys for Defendant,*
    *Farmers Insurance Company, Inc.*